**Order entered May 16, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01105-CV

**DEBORAH ANN PRUITT, Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-14194**

### ORDER

The reporter's record in this appeal is overdue. By postcard dated April 5, 2022, we directed Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court to file, within thirty days, the record or written verification no hearings were recorded or appellant had not requested the record. To date, Ms. Martin has not responded. Accordingly, we **ORDER** Ms. Martin to file the record or requested verification no later than May 31, 2022. We caution Ms. Martin that

failure to comply may result in an order that she not sit as a reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Maricela Moore, Presiding Judge of the 162nd Judicial District Court; Ms. Martin; and, the parties.

/s/    KEN MOLBERG
        JUSTICE